UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDY R. PERALTA CONTRERAS,

Plaintiff,

-v-

TYSON FOODS INC. and PEDRO G. VALENZUELA CASTILLO,

Defendants.

26 Civ. 6209 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court will hold a brief teleconference via Webex on August 28, 2026 at 11:00 a.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. Counsel for the parties in *Lopez Gonzalez v. Tyson Foods Inc.*, No. 25 Civ. 10459 (JPC) (S.D.N.Y.) shall also attend.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge