WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

August 18, 2026

**John Hsu**
914.872.75141 (Direct)
516.228.8900 (Main)
JohnHsu@wilsonelser.com

The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Lopez Gonzales v. Tyson Foods Inc. et. al.** 1:25-cv-10459-JPC
**Peralta Contreras v. Tyson Foods Inc. et al.** 1:26 -cv-06209- JPC

**Request for One-Week Adjournment of August 28, 2026 Teleconference**

Dear Judge Cronan:

We represent Defendants Tyson Foods Inc. and Pedro G. Valenzuela Castillo in the above-captioned action. We respectfully write to request a one-week adjournment of the teleconference currently scheduled for August 28, 2026 at 11:00 a.m. In accordance with Your Honor's Individual Rules, we provide the following information in support of this request:

1. **Original date and new date requested:** The teleconference is currently scheduled for August 28, 2026 at 11:00 a.m. We respectfully request that it be adjourned to September 4, 2026 at 11:00 a.m., or at such other date and time as the Court finds convenient.
2. **Reason for the request:** Undersigned counsel will be on a previously scheduled vacation during the week of August 28, 2026, and will be unavailable to participate in the teleconference on that date.
3. **Number of previous requests:** This is the first request for an adjournment of this teleconference.
4. **Disposition of previous requests:** Not applicable.
5. **Consent of opposing counsel:** All parties have consented to this adjournment request.

We do not believe that the requested one-week adjournment will affect any other scheduled dates or deadlines in this action.

We thank the Court for its consideration of this request.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

John H, Hsu
*Attorneys for Defendants*
**TYSON FOODS INC. AND**
**PEDRO G. VALENZUELA CASTILLO**
90 Merrick Avenue, Suite 700
East Meadow, New York 11554
Tel.: (516) 228-0232
Our File No. 11985.00012

The instant request is granted. The teleconference is rescheduled from August 28, 2026 at 11:00 a.m. to August 21, 2026 at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 22 in No. 25 Civ. 10459 and Docket Number 12 in No. 26 Civ. 6209.

SO ORDERED.
Date: August 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge